**FILED**

February 25, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:26-CR-00448-LS** |
| | § | |
| **Plaintiff,** | § | **I N D I C T M E N T** |
| | § | |
| **v.** | § | **CT 1:** 18 U.S.C. § 1546(a) - |
| | § | Fraud and Misuse of Visas, Permits, and Other |
| **MARGARITA VICTORIA-PINA,** | § | Documents |
| | § | |
| **Defendant.** | § | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>

On or about January 28, 2026, in the Western District of Texas, the Defendant,

**MARGARITA VICTORIA-PINA,**

did utter, use, attempt to use, possess, obtain, accept, or receive an immigrant visa, namely, an I-551 Permanent Resident Card, knowing it to be forged, counterfeited, altered, falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

███████████████████████

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney